# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# SOUTHEASTERN DIVISION

| | |
|---|---|
| EDWYN ROLAND, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:14-CV-166-ACL |
| ) | |
| IAN WALLACE, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

Before the Court is a letter from the Missouri Attorney General's Office, stating that they are unable to waive service of process as to defendant Ryan Degen, because they are "unable to get into contact with him" [Doc. #17].

As plaintiff is proceeding in forma pauperis pursuant to 28 U.S.C. § 1915, the Court is required to serve process on his behalf, provided that plaintiff has given the Court the proper service information with respect to each defendant. As such, plaintiff will be instructed to provide the Court with the correct address of Ryan Degen, so that service may be effected.

Accordingly,

**IT IS HEREBY ORDERED** that, **on or before June 22, 2015**, plaintiff shall provide the Court with the correct address of defendant Ryan Degen, so that service may be effected.

**IT IS FURTHER ORDERED** that if plaintiff fails to comply with this Order, the Court will dismiss this action, without prejudice, as to Ryan Degen and without further notice to plaintiff.

Dated this 26th day of May, 2015.

_____
UNITED STATES MAGISTRATE JUDGE