# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# SOUTHEASTERN DIVISION

| | |
|---|---|
| EDWYN ROLAND, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:14CV00166ACL |
| ) | |
| IAN WALLACE, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

Before the Court is plaintiff's submission of the name and correct address of defendant Ryan Degen for purposes of service of process. As plaintiff is proceeding in forma pauperis pursuant to 28 U.S.C. § 1915, the Court will order the Clerk to effectuate service by summons on defendant Ryan Degen in his individual capacity, by instructing the U.S. Marshals to serve defendant personally at his place of employment: Scott County Sheriff's Department, 131 Winchester Street, Benton, MO 63736.

Accordingly,

**IT IS HEREBY ORDERED** that, as set forth above, the United States Marshals shall personally serve defendant Ryan Degen, in his individual capacity,

with a copy of plaintiff's amended complaint and with summons. *See* 28 U.S.C. § 1915.

Dated this 16th day of June, 2015.

                                         _____
                                         **UNITED STATES MAGISTRATE JUDGE**