UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| EDWYN ROLAND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:14 CV166 ACL |
| | ) | |
| IAN WALLACE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on the Complaint of Plaintiff Edwyn Roland on his civil rights action pursuant to 42 U.S.C. § 1983 against Defendants Ian Wallace, et al. Presently pending before the Court is Defendants' Motion to Compel. (Doc. 49-1.) Also pending is Defendants' Motion for Extension of Time to File Motion for Summary Judgment. (Doc. 51.)

In their Motion to Compel, Defendants states that they have not received Plaintiff's initial disclosures. Defendants note that, on March 10, 2016, the Court granted Plaintiff's Motion for an Extension of Time to file his initial disclosures and extended the deadline to complete all discovery to April 8, 2016. (Doc. 48.) Defendants state that counsel for Defendants conferred in good faith with Plaintiff in person at Southeast Correctional Center at 10:00 a.m. on April 5, 2016. Defendants state that Plaintiff was not able to provide the initial disclosures at that time and, to date, has not provided initial disclosures.

Pursuant to Federal Rule of Civil Procedure 37, "[a] party seeking discovery may move for an order compelling an answer, designation, production, or inspection." Fed. R. Civ. P. 37(a)(3)(B). This Court will compel Plaintiff to provide Defendants with initial disclosures

1

within twenty days of this Order. Plaintiff is cautioned that failure to comply with this Order may result in sanctions under Rule 37(b), including the dismissal of Plaintiff's Complaint.

Accordingly,

**IT IS HEREBY ORDERED** that Defendants' Motion to Compel (Doc. 49-1) is **granted.**

**IT IS FURTHER ORDERED** that Plaintiff shall provide Defendants with his initial disclosures **no later than May 18, 2016**.

**IT IS FURTHER ORDERED** that Defendants' Motion for Extension of Time to File Motion for Summary Judgment (Doc. 51) is **granted**. The deadline for filing dispositive motions is extended to **June 17, 2016**.

Dated this 28th day of April, 2016.

ABBIE CRITES-LEONI
UNITED STATES MAGISTRATE JUDGE